IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JUAN GUILLERMO TOBON, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:17-cv-520-LSC (WO) |
| | ) | |
| TRACY JOHNS, et al. | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

On August 7, 2017, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be transferred to the United States District Court for the Southern District of Georgia under 28 U.S.C. § 1631. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.

Consequently, the Clerk is DIRECTED to TRANSFER this action to the United States District Court for the Southern District of Georgia.

Done this 1st day of September 2017.

                                                                              L. Scott Coogler  
                                                  United States District Judge

[160704]